# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00725JMS-LEK |
| CASE NAME: | Pacific Stock Inc. Vs. Soltur, Inc., et al. |
| ATTYS FOR PLA: | J. Stephen Street |
| ATTYS FOR DEFT: | Sidney Michael Quintal |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/3/2006 | TIME: | 9:18-9:32 |

COURT ACTION:  EP: Final Pretrial Conference held.

Witnesses: Plaintiff - 1 to 4, Defendant - 0.
Trial Days: Plaintiff and Defendant - ½ half day total.
Exhibits: Plaintiff - 1 to 50, Defendant - 100 to 150.
Motions in Limine: 0.

Counsel to contact courtroom Manager for Judge J. Michael Seabright regarding scheduling of Evidentiary Hearing in lieu of Non Jury Trial.

Issues Remaining:
1) The direct financial interest of the individual defendants in the infringing acts.
2) Amount of attorneys' fees and costs to be awarded as to the individual defendants.
Witnesses:
Plaintiff - 2 individual defendants (one is in South America). Barbara Brundage, possibly an assistant.
Defendant - None.
Documents: due sometime in January 2006.

Submitted by: Warren N. Nakamura, Courtroom Manager