# RUSH MOORE LLP
## A Limited Liability Law Partnership

Attorneys at Law

Offices in Honolulu, Maui and Kona

Honolulu Office: 737 Bishop Street, Suite 2400, Honolulu, Hawaii 96813 / Tel. (808) 521-0400 / Fax (808) 521-0597

E-mail: jsstreet@rmhawaii.com

January 27, 2006

Sidney M. Quintal, Esq.
1188 Bishop Street, Suite 3402
Honolulu, Hawaii 96813

Re:    Pacific Stock, Inc. v. Soltur, Inc., et al., Civil No. CV04-00725 SOM/LEK

Dear Mr. Quintal:

You have ignored the injunction against your clients, Defendants Soltur, Inc., Gigi Fiorentino and Luis Zanotta, and have failed to provide us with responses to our discovery responses served upon them on December 15, 2006.  Responses were due on January 17, 2006. I have tried to reach you at your listed telephone number of 521-8394 and received a message that the line has been disconnected or is no longer in service.

Please call me to see if we can resolve this matter without incurring the further costs of trial.  As you know, the Court recently set a pre-trial conference for February 9, 2006 at 9:30 a.m., and the case is still set to go to trial on February 14, 2006.

Please be advised that if I do not hear from you by close of business on Monday, January 30, 2006, I will be seeking sanctions against your clients for their failure to comply with the discovery requests and for their failure to comply with the Court's Order granting injunctive relief.

Very truly yours,

RUSH MOORE LLP
A Limited Liability Law Partnership

By
J. STEPHEN STREET

JSS/en

cc:  Pacific Stock, Inc.

# EXHIBIT    G