IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACIFIC STOCK, INC., | ) | CIVIL NO. CV04-00725 JMS/LEK |
| | ) | (Copyright Infringement) |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| SOLTUR, INC., a Hawaii corporation; GIGI FIORENTINO, individually; LUIS ZANOTTA, individually, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER TO SHOW CAUSE**

The Court having received and reviewed Plaintiff PACIFIC STOCK, INC.'S ("Plaintiff"), Motion for Sanctions Against Defendants Soltur, Inc.; Gigi Fiorentino, Individually; and Luis Zanotta, Individually for Failure to Respond to Plaintiff's Discovery Requests, filed pursuant to Rule 37 of the Federal Rules of Civil Procedure; and

IT IS HEREBY ORDERED that

Defendants Soltur, Inc.; Gigi Fiorentino, Individually; and Luis Zanotta, Individually are to show cause why the Court should not grant Plaintiff's

Motion for Sanctions and issue sanctions against them pursuant to Rule 37 of the Federal Rules of Civil for their failure to respond to Plaintiff's discovery requests served upon them on December 15, 2005;

And IT IS FURTHER ORDERED that:

On the _____ day of _____, 2006 at ___:____ __.m., there shall be a hearing before the Honorable Leslie E. Kobayashi in her courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813 at which time Defendants Soltur, Inc.; Gigi Fiorentino, Individually; and Luis Zanotta, Individually, and their attorney shall show cause as to why the Court should not grant Plaintiff's Motion for Sanctions and impose sanctions against them pursuant to Rule 37 of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, _____.

IT IS SO ORDERED

_____
LESLIE E. KOBAYASHI
United States District Court Magistrate Judge

---

Pacific Stock, Inc., v. Soltur, Inc., Gigi Fiorentino, Luis Zanotta,; CV-04-00725 JMS/LEK; Order to Show Cause