IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACIFIC STOCK, INC., | ) | CIVIL NO.  CV04-00725 JMS/LEK |
| | ) | (Copyright Infringement) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| SOLTUR, INC., a Hawaii corporation; GIGI FIORENTINO, individually; LUIS ZANOTTA, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served by via US Mail upon the following party, addressed to him at his last known address, on the date indicated below:

SIDNEY MICHAEL QUINTAL, ESQ.
1188 Bishop Street, #3402
Honolulu, Hawaii 96813

Attorney for Defendants SOLTUR, INC.,
GIGI FIORENTINO, and LUIS ZANOTTA

Mtn for Sanctions-R37.wpd

DATED: Honolulu, Hawaii, February 2, 2006.

*/s/ Reginauld T. Harris*

---

J. STEPHEN STREET
REGINAULD T. HARRIS
Attorneys for Plaintiff
PACIFIC STOCK, INC.