RUSH MOORE LLP
A Limited Liability Law Partnership

J. STEPHEN STREET        1573-0
REGINAULD T. HARRIS      7516-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Ph:   (808) 521-0400
FAX: (808) 521-0597
e-mail: jsstreet@rmhawaii.com
        rharris@rmhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 03 2006

___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC STOCK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SOLTUR, INC., a Hawaii corporation; GIGI FIORENTINO, individually; LUIS ZANOTTA, individually, <br><br> Defendants. | CIVIL NO. CV04-00725 JMS/LEK <br> (Copyright Infringement) <br><br> AMENDED CERTIFICATE OF SERVICE (Re: Plaintiff Pacific Stock, Inc.'s Motion For Sanctions Against Defendants Soltur, Inc., Gigi Fiorentino, Individually; And Luis Zanotta, Individually For Failure to Respond to Discovery, Filed February 2, 2006) <br><br> Hearing: <br> Date:  March, 7, 2006 <br> Time:  9:30 a.m. <br> Judge: Hon. Leslie E. Kobayashi |

ORIGINAL



)
)
)   Final Pre-Trial Conference:
)   Original Date: February 9, 2006
)   NEW DATE:  February 8, 2006
)   Time: 10:30 a.m.
)   Judge: Hon. J. Michael Seabright
)
)   TRIAL:
)   Date:   February 14, 2006
)   Time:   9:00 a.m.
)   Judge: Hon. J. Michael Seabright
)
)
)
)

## AMENDED CERTIFICATE OF SERVICE
(Re: Plaintiff Pacific Stock, Inc.'s Motion For Sanctions Against Defendants Soltur, Inc.; Gigi Fiorentino, Individually; And Luis Zanotta, Individually, for Failure to Respond to Discovery, Filed February 2, 2006)

The undersigned certifies that copies of the foregoing document were duly served upon the following party by U.S. Mail, addressed to him at his last known addresses, on February 2, 2006:

SIDNEY M. QUINTAL, ESQ.
1188 Bishop Street, Suite #3301
Honolulu, Hawaii 96813
Attorney for Defendants SOLTUR, INC.
GIGI FIORENTINO, and LUIS ZANOTTA

1

SIDNEY M. QUINTAL, ESQ.
1188 Bishop Street, Suite #3402
Honolulu, Hawaii 96813
Attorney for Defendants SOLTUR, INC.
GIGI FIORENTINO, and LUIS ZANOTTA


DATED: Honolulu, Hawaii, February 2, 2006.

                                            /s/ J. Stephen Street
                                            J. STEPHEN STREET
                                            Attorney for Plaintiff
                                            PACIFIC STOCK, INC.