IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| PACIFIC STOCK, INC., | ) | CIVIL NO.  CV04-00725 JMS/LEK |
| | ) | (Copyright Infringement) |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| SOLTUR, INC., a Hawai'i | ) | |
| corporation; GIGI FIORENTINO, | ) | |
| individually; LUIS ZANOTTA, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER TO SHOW CAUSE**

The Court having ordered  on June 13, 2005 that Defendants Soltur, Inc.; Gigi Fiorentino, Individually; and Luis Zanotta, Individually (collectively "Defendants") shall pay the attorney's fees and costs to Plaintiff Pacific Stock, Inc., and Defendants having failed to comply with the Court's Order;

IT IS HEREBY ORDERED that Defendants are to show good cause why sanctions should not be imposed for contempt against Defendants and/or their attorney for failing to comply with the Court's Order.    And IT IS FURTHER

ORDERED that:

On the 7th day of March, 2006 at 9:30 a.m., there shall be a hearing before the Honorable Leslie E. Kobayashi in her courtroom at the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawai'i 96813 at which time Defendants, and their attorney shall show good cause as to why sanctions should not be imposed for contempt against them.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, February 3, 2006.



_/s/ Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge

---

Pacific Stock, Inc., v. Soltur, Inc., Gigi Fiorentino, Luis Zanotta,; CV-04-00725 JMS/LEK; Order to Show Cause