# RUSH MOORE LLP
A Limited Liability Law Partnership, LLP

ATTORNEYS AT LAW

| Honolulu Office: | Maui Office: | Kona Office: |
|---|---|---|
| Pacific Guardian Center | 2200 Main Street | Atrium Court, Suite 103 |
| Mauka Tower | Suite 515, One Main Plaza | 75-167 Kalani Street |
| 737 Bishop St., Ste 2400 | Wailuku, Hawaii 96793-1681 | Kailua-Kona, Hawaii 96740 |
| Honolulu, Hawaii 96813 | Telephone: (808) 244-3332 | Telephone: (808) 329-4466 |
| Telephone: (808) 521-0400 | FAX: (808) 244-5322 | FAX: (808) 329-4468 |
| FAX: (808) 521-0597 | | |

LEFT SIDE

## HONOLULU OFFICE
## TRANSMITTAL

DATE:   February 3, 2006                           HAND DELIVERED

TO:     ✓ Hon. J. Michael Seabright              Hon. Leslie E. Kobayashi
         Judge                                    Magistrate Judge
         United States District Court             United States District Court
         300 Ala Moana Blvd., Rm. C-435           300 Ala Moana Blvd., Rm. C-353
         Honolulu, Hawaii 96850                   Honolulu, Hawaii 96850

FROM:   J. Stephen Street, Esq. and Reginauld T. Harris, Esq.

RE:     *Pacific Stock, Inc. v. Soltur, Inc., et al.*, Civil No. CV04-00725 JMS/LEK
        USDC, District of Hawaii

| COPIES | DATE | DESCRIPTION |
|---|---|---|
| 2 | *filed electronically on February 2, 2006* | PLAINTIFF PACIFIC STOCK, INC.'S MOTION FOR SANCTIONS AGAINST DEFENDANTS SOLTUR, INC.; GIGI FIORENTINO, Individually; AND LUIS ZANOTTA, Individually FOR FAILURE TO RESPOND TO DISCOVERY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF J. STEPHEN STREET (Containing Certificate of Compliance with Rule 37 Fed. R. Civ. P. And LR 37.1 at ¶15); EXHIBITS "A" - "G"; ORDER TO SHOW CAUSE; ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS SOLTUR, INC.; GIGI FIORENTINO, Individually; AND LUIS ZANOTTA, Individually FOR FAILURE TO RESPOND TO DISCOVERY; CERTIFICATE OF SERVICE |

The above is/are transmitted herewith:
- ( ) For Your Information
- ( ) For Signature and Return
- ( ) For Signature & Forwarding
- ( ) As Noted Below
- ( ) For Review & Comment
- ( ) For Correction
- ( ) For Distribution
- ( ) For Recordation
- ( ) For Review & Payment
- ( ) For Necessary Action
- (x) Per Instructions
- ( ) Per Our Conversation
- ( ) Approved
- ( ) Approved as Noted
- ( ) Disapproved
- ( ) For Your Files
- ( ) For Filing
- ( ) See Remarks Below

Remarks:

RMCSMB:1094