IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC STOCK, INC., ) | CIVIL NO.  04CV00725 JMS/LEK |
| ) | |
| Plaintiff, ) | |
| ) | AMENDED PRETRIAL |
| vs. ) | SCHEDULING ORDER |
| ) | |
| SOLTUR, INC., a Hawaii ) | |
| corporation; GIGI FIORENTINO, ) | |
| individually; LUIS ZANOTTA, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to LR 16.4, a final pretrial conference was held on February 8, 2006.  Appearing at the conference were J. Stephen Street, attorney for Plaintiff Pacific Stock, Inc., and Sidney Michael Quintal, attorney for Defendants Soltur, Inc., Gigi Fiorentino and Luis Zanotta.

Pursuant to Fed. R. Civ. P. 16 and LR 16.8, the Court amends the Rule 16 Scheduling Conference Order entered April 14, 2005 and enters this Amended Pretrial Scheduling Order as follows:

      1.      Defendant Soltur, Inc. is ordered to fully comply with the terms

of the permanent injunction contained in the Court's November 7, 2005 Order Granting In Part And Denying In Part Plaintiff's Motion For Summary Judgment ("the Order"), and to provide the Court and Pacific Stock with a sworn affidavit as required in Paragraph III.C.3. of the Order, on or before March 10, 2006.

    2.    All Defendants are ordered to comply with the discovery requests served upon them on December 15, 2005 on or before March 7, 2006.

    3.    Trial date is rescheduled to April 18, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.

A copy of this Amended Pretrial Scheduling Order shall be mailed to all parties.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 14, 2006.



_____
J. Michael Seabright
United States District Judge

*Pacific Stock, Inc. v. Soltur, Inc., et al.,* Civil No. 04-00725 JMS/LEK; AMENDED PRETRIAL SCHEDULING ORDER