# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00725JMS-LEK |
| CASE NAME: | Pacific Stock Inc. Vs. Soltur, Inc., et al. |
| ATTYS FOR PLA: | J. Stephen Street |
| ATTYS FOR DEFT: | Sidney Michael Quintal |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 3/7/2006 | TIME: | 9:36-10:00 |

COURT ACTION:  EP: Order to Show Cause; Plaintiff's Motion to Compel and/or for Sanctions - Arguments heard.

Defendants' Counsel Sidney Michael Quintal will be allowed to respond to Plaintiffs' Motion to Compel and/or for Sanctions **only**.  Memorandum in Opposition is due 3/10/06.
Reply Memorandum is due 3/15/06.  Motion will be taken under advisement thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager