

Sid Quintal <sidquintal@gmail.com>

# URGENT!!!!!!!!! AND VERY IMPORTANT!!!!!!!
3 messages

---

**luis zanotta <luiszanotta@gmail.com>**     Fri, Feb 17, 2006 at 12:34 PM
To: sidquintal <sidquintal@gmail.com>

Dear Mr. Sid Quintal,
My name is Carlos, I work for Soltur in uruguay, I was in Honolulu last year.
I'm writing this lines because Luis has problem with his health and he
is in intensive care room right now since last wednesday.
So we need you to communicate with Gigi today or at least tomorrow
(February, 18th.), because she is leaving on Sunday night. Her phone
# is 2915385 and her e-mail is ggsoltur@lava.net.
Gigi will be waiting your call because it's very important to her.

Thanks for your comprehension and best regards.

Carlos

---

**Sid Quintal <sidquintal@gmail.com>**     Sun, Feb 19, 2006 at 11:12 AM
To: luis zanotta <luiszanotta@gmail.com>

Just read your mail of Feb. 18. as been off Island. Please update information so I can follow up. Hope Luis is
OK. What is current status?
[Quoted text hidden]

---

**luis zanotta <luiszanotta@gmail.com>**     Wed, Feb 22, 2006 at 2:24 PM
To: Sid Quintal <sidquintal@gmail.com>

Sid, thanks for your message.
Luis's health is now very delicate and he'll been at the intensive
care room for a lot of days, we don't know exactly how many days if
depends how his condition is going up for good.  Yesterday he has a
surgery and now his condition is stable.
His energy and courage are excellent but according Doctor's said is
till delicate.
So he told Yacquie (Luis's wife) to tell me to write a few lines to
you and tell you how is he and what he need. He need your help about
the lawsuit and take care of it because Gigi is out off island and
she'll be in the office in Hnl on March 09, and that I told you few
lines above he don't know  when he'll be OK to talk again with you.
So he ask you to make a huge favor on this lawsuit for him.
Thanks and best regards.
Carlos
[Quoted text hidden]

---

Exhibit "1"



Sid Quintal <sidquintal@gmail.com>

# Luis is dead
1 message

**Steven Kolt <slkolt@hotmail.com>**            Fri, Feb 24, 2006 at 5:26 PM
To: sidquintal@gmail.com

Luis died today in Uruguay.

Steve

Steven L. Kolt
Managing Director
V.I.P. TRANSPORTATION, INC.
443 Kalewa Street
Honolulu, Hawaii 96819
Office Phone = 808-836-0317
Office Fax = 808-834-8919
Cell Phone = 808-292-1892
Personal Fax = 808-738-5122
Emails = steve@viptrans.com
         slkolt@hotmail.com