# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC STOCK, INC.<br><br>Plaintiff,<br>vs.<br><br>SOLTUR, INC. ET. AL.<br><br>Defendant. | ) CIVIL NO.CV04-00725 JMS/LEK<br>)<br>) CERTIFICATION OF SERVICE<br>)<br>)<br>) Date: March 7, 2006<br>) Time: 9:30 am<br>) Judge:  Magistrate Judge Kobayashi<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on the Plaintiff' counsel, by US mail, on March 9, 2006

Dated: Hilo, Hawaii; March 9, 2006

_____
Sidney Michael Quintal

3