IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC STOCK, INC.<br><br>        Plaintiff,<br>vs.<br><br>SOLTUR, INC. ET. AL.<br><br>        Defendant. | CIVIL NO.CV04-00725 JMS/LEK<br><br>DECLARATION OF COUNSEL<br>SIDNEY MICHAEL QUINTAL<br><br>Date:<br>Time:<br>Judge: |

### DECLARATION OF COUNSEL

1. That he is the attorney of record of the Defendants named in this case and makes this Declaration pursuant to LR.07.6 and Fed. R. Civ. P 56(e)
2. This Declaration is based on personal knowledge, Declarant is competent to testify to these declarations, these declarations are admissible in court, and if call, would so testify under penalty of perjury;
3. Based on information and belief, there has been no financial benefit by any defendant as a result of Soltur, Inc. use of the subject photos.
4. Based on information and belief, the use of the subject photos and the litigation efforts of Plaintiff and Mr. Street have resulted in the insolvency of Defendant Soltur, Inc. and the death of Mr. Luis Zanotta.
5. The Courts decision to grant summary judgment and then allow the trial to occur on an issue the Plaintiff cannot prove is resulting in an absurd situation, an excessive award, and an unjust result harming the defendants and rewarding the Plaintiff.

DATED: April 16, 2006; Honolulu, Hawaii

                                                                                        _____<br>
                                                                                        Sidney Michael Quintal