IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC STOCK, INC. | CIVIL NO.CV04-00725 JMS/LEK |
| Plaintiff, | CERTIFICATION OF SERVICE |
| vs. | Date: |
| SOLTUR, INC. ET. AL. | Time: |
| | Judge: |
| Defendant. | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on the Plaintiff' counsel, by US mail, on April 16, 2006,

Dated: Honolulu, Hawaii; April 16, 2006

_____
Sidney Michael Quintal