IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PACIFIC STOCK INC.,     )
                        )
        Plaintiff,      )
                        )   CIVIL NO. 04-00725JMS-LEK
    vs.                 )
                        )
SOLTUR, INC., ET AL. ,  )
                        )
        Defendant.      )
_____ )

## ORDER TO SHOW CAUSE

The Status Conference was set for hearing on June 30, 2006 at 8:30 a.m. Defendant's counsel, Sidney Michael Quintal, failed to appear for this hearing. Mr. Quintal was served by First Class Mail on June 20, 2006. He did not appear at the hearing on June 30, 2006.

Accordingly, Sidney Michael Quintal is ORDERED to appear before the Honorable J. Michael Seabright, United States District Judge, on July 19, 2006 at 9:30 a.m., to show good cause, if any, why Mr. Quintal should not be held in contempt of court for his failure to appear.

The Clerk of Court is Ordered to serve a copy of this Order on Mr. Quintal by certified mail, return receipt requested.

IT IS SO ORDERED.

Dated:   Honolulu, Hawaii, July 5, 2006.

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

Pacific Stock Inc., v. Soltur, Inc., Cv No. 04-725JMS-LEK, Order To Show Cause