**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sidney Quintal
1600 Ala Moana Blvd, Ste.
Honolulu, HI 96815    4000

CV 04-00725 JMS LEK

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Brandy Kalehuan_    ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
BRANDY KALEOHANO    7-6-06

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 0550 0001 0856 7370

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**U.S. DISTRICT COURT**
**DISTRICT OF HAWAII**
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338
OFFICIAL BUSINESS

**RETURN SERVICE REQUESTED**