J. STEPHEN STREET     1573-0
REGINAULD T. HARRIS   7516-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Ph:   (808) 521-0400
FAX: (808) 521-0597
e-mail: jsstreet@rmhawaii.com
       rharris@rmhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 9 o'clock and 41 min. a M
SUE BEITIA, CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACIFIC STOCK, INC., | ) | CIVIL NO.  CV04-00725 JMS/LEK |
| | ) | (Copyright Infringement) |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR DISMISSAL |
| vs. | ) | WITH PREJUDICE OF ALL |
| | ) | CLAIMS AND PARTIES; |
| | ) | CERTIFICATE OF SERVICE |
| SOLTUR, INC., a Hawaii | ) | |
| corporation; GIGI FIORENTINO, | ) | |
| individually; LUIS ZANOTTA, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | Trial: |
| | ) | Date:   April 18, 2006 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. J. Michael Seabright |
| | ) | |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between

Plaintiff PACIFIC STOCK, INC. ("Pacific Stock"), and Defendants SOLTUR,

ORIGINAL            1

INC., GIGI FIORENTINO and LUIS ZANOTTA, that pursuant to Rule

41(a)(1)(ii), Federal Rules of Civil Procedure, the above-entitled action be

dismissed with prejudice as to all claims and all parties. There are no remaining

issues, claims or parties. Each party agrees to bear its own fees and costs. Trial in

this matter was held on April 18, 2006.

All appearing parties have signed this stipulation.

DATED: Honolulu, Hawaii, _____.

SIDNEY MICHAEL QUINTAL
Attorney for Defendants SOLTUR, INC.,
GIGI FIORENTINO, and LUIS ZANOTTA

J. STEPHEN STREET
REGINAULD T. HARRIS
Attorneys for Plaintiff PACIFIC STOCK, INC.

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT JUDGE

*Pacific Stock, Inc. v. Soltur, Inc.,*, Civil No. CV04-00725 JMS/LEK ;
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND
PARTIES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC STOCK, INC., | ) CIVIL NO. 04-00725 JMS/LEK |
| | ) (Copyright Infringement) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| SOLTUR, INC., a Hawaii corporation; | ) |
| GIGI FIORENTINO, individually; | ) |
| LUIS ZANOTTA, individually, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was duly served upon the following party at his last known address on the date indicated below. A filed copy will be served on him upon filing with Court:

SIDNEY MICHAEL QUINTAL, ESQ.
1600 Ala Moana Boulevard, Suite #4000
Honolulu, Hawaii 96815
Attorney for Defendants SOLTUR, INC.,
GIGI FIORENTINO and LUIS ZANOTTA

DATED: Honolulu, Hawaii, _7·19·06_ .

J. STEPHEN STREET
REGINAULD T. HARRIS
Attorneys for Plaintiff
PACIFIC STOCK, INC.